### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>FELIX MANUEL GUZMAN-RAMOS<br><br>**Defendant.** | Case No. 3:22-cr-0091-1(FAB) |

### ORDER

The Report and Recommendation filed on March 25, 2022, ECF No. 22 on defendant's Rule 11 proceeding held before Magistrate Judge Marshal D. Morgan on March 25, 2022, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant is accepted.

**Sentencing hearing remains set for June 8, 2022 at 11:15 a.m. to be held at the Old San Juan Courthouse, Courtroom No. 6, First Floor.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 27, 2022.

/S/ Francisco A. Besosa
FRANCISCO A. BESOSA
Senior, United States District Judge